No. —. JOHN W. DAVIDGE *v.* LEO SIMMONS. Submitted May 17, 1920. Decided June 1, 1920. Petition for a writ of error in this case to the Court of Appeals of the District of Columbia allowed upon petitioner giving bond in the sum of one thousand dollars. *Mr. Chapin Brown* for petitioner.

---

No. 810. LINCOLN GAS & ELECTRIC LIGHT COMPANY *v.* CITY OF LINCOLN ET AL. Appeal from the District Court of the United States for the District of Nebraska. Motion to dismiss submitted June 1, 1920. Decided June 7, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Heike* v. *United States*, 217 U. S. 423, 429; *United States* v. *Beatty*, 232 U. S. 463, 466; *Rexford* v. *Brunswick-Balke-Collender Co.*, 228 U. S. 339, 346. And see *Eichel* v. *U. S. Fidelity & Guaranty Co.*, 239 U. S. 629. *Mr. Charles A. Frueauff* and *Mr. Robert Burns* for appellant. *Mr. C. Petrus Peterson* for appellees.